UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| Ethan Daniel Marks,<br><br>Appellee,<br><br>vs.<br><br>Benjamin Bauer, acting in his individual capacity as a Minneapolis Police Officer,<br><br>Appellant. | Appeal No. 23-1420<br><br>**NOTICE OF METHOD OF APPENDIX PREPARATION** |

Pursuant to Fed. R. App. P. 30(b)(1) and Eighth Circuit Local Rule 30A(b), Appellant states that counsel for the parties conferred and have agreed to the submission of separate appendices.

Dated: March 17, 2023

KRISTYN ANDERSON
City Attorney
By */s Kristin R. Sarff*
KRISTIN R. SARFF (0388003)
SHARDA ENSLIN (0389370)
HEATHER ROBERTSON (0390470)
Assistant City Attorneys
Minneapolis City Attorney's Office
350 South Fifth Street, Room 210
Minneapolis, MN 55415
(612) 673-3919
kristin.sarff@minneapolismn.gov
sharda.enslin@minneapolismn.gov
heather.robertson@minneapolismn.gov

*Attorneys for Appellant*
*Benjamin Bauer*