UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| Ethan Daniel Marks,<br><br>    Appellee,<br><br>vs.<br><br>Benjamin Bauer, acting in his individual capacity as a Minneapolis Police Officer,<br><br>    Appellant. | Appeal No. 23-1420<br><br>**APPELLANT'S STATEMENT OF ISSUES** |

Appellant Benjamin Bauer presents the following issue on appeal:

Whether the District Court erred by denying Defendant-Appellant's motion for summary judgment on the basis of qualified immunity?

Dated: March 17, 2023

KRISTYN ANDERSON
City Attorney
By */s Kristin R. Sarff*
KRISTIN R. SARFF (0388003)
SHARDA ENSLIN (0389370)
HEATHER ROBERTSON (0390470)
Assistant City Attorneys
Minneapolis City Attorney's Office
350 South Fifth Street, Room 210
Minneapolis, MN 55415
(612) 673-3919
kristin.sarff@minneapolismn.gov
sharda.enslin@minneapolismn.gov
heather.robertson@minneapolismn.gov

*Attorneys for Appellant
Benjamin Bauer*