UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| Ethan Daniel Marks, | Appeal No. 23-1420 |
| Appellee, | |
| vs. | **APPELLANT'S DESIGNATION OF RECORD** |
| Benjamin Bauer, acting in his individual capacity as a Minneapolis Police Officer, | |
| Appellant. | |

Appellant Benjamin Bauer designates the entire district court record as the record on appeal.

Dated: March 17, 2023

KRISTYN ANDERSON
City Attorney
By */s Kristin R. Sarff*
KRISTIN R. SARFF (0388003)
SHARDA ENSLIN (0389370)
HEATHER ROBERTSON (0390470)
Assistant City Attorneys
Minneapolis City Attorney's Office
350 South Fifth Street, Room 210
Minneapolis, MN 55415
(612) 673-3919
kristin.sarff@minneapolismn.gov
sharda.enslin@minneapolismn.gov
heather.robertson@minneapolismn.gov

*Attorneys for Appellant*
*Benjamin Bauer*