# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| Ethan Daniel Marks,<br><br>    Appellee,<br><br>vs.<br><br>Benjamin Bauer, acting in his individual capacity as a Minneapolis Police Officer,<br><br>    Appellant. | Appeal No. 23-1420<br><br>**MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF AND ADDENDUM** |

    Pursuant to Federal Rule of Appellate Procedure 26(b) and Eighth Circuit Local Rule 27A, Appellant Benjamin Bauer respectfully moves for a 30-day extension of the deadline to file Appellant's brief and addendum.

    While undersigned counsel is working diligently on this case, more time is required to present Appellant's arguments in a manner that will effectively and concisely address the issues this Court must decide. In support of this motion, Appellant states:

    1.    This is an appeal from an order denying Appellant's motion for summary judgment on the basis of qualified immunity, entered on February 2, 2023 (R. Doc. 148).

2. The current deadline for Appellant's brief and addendum is April 24, 2023.

3. While Appellant's counsel has been diligently working on this case, it has also been busy with other matters, including but not limited to, multiple motions and depositions since the Court issued the current briefing schedule, and Appellant's counsel believes their client and the Court would benefit from an extension of the time to file Appellant's brief and addendum.

4. Appellant respectfully requests a 30-day extension of the deadline to file his brief and addendum. The requested deadline would be May 24, 2023.

5. No prior requests for additional time have been made by Appellant in this appeal.

6. This motion has not been filed for the purpose of delay or harassment.

Based on the foregoing, Appellant respectfully requests a 30-day extension of the deadline to file his brief and addendum.

Dated: April 13, 2023

KRISTYN ANDERSON
City Attorney
By */s Kristin R. Sarff*
KRISTIN R. SARFF (0388003)
SHARDA ENSLIN (0389370)
HEATHER ROBERTSON (0390470)
Assistant City Attorneys
Minneapolis City Attorney's Office
350 South Fifth Street, Room 210
Minneapolis, MN 55415
(612) 673-3919
kristin.sarff@minneapolismn.gov
sharda.enslin@minneapolismn.gov
heather.robertson@minneapolismn.gov

*Attorneys for Appellant Benjamin Bauer*

# CERTIFICATE OF COMPLIANCE

The undersigned attorney certifies this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2). The motion has 243 words and is proportionally spaced. The motion was prepared using Microsoft Word 2016.

Dated: April 13, 2023

KRISTYN ANDERSON
City Attorney
By */s Kristin R. Sarff*
KRISTIN R. SARFF (0388003)
SHARDA ENSLIN (0389370)
HEATHER ROBERTSON (0390470)
Assistant City Attorneys
Minneapolis City Attorney's Office
350 South Fifth Street, Room 210
Minneapolis, MN 55415
(612) 673-3919
kristin.sarff@minneapolismn.gov
sharda.enslin@minneapolismn.gov
heather.robertson@minneapolismn.gov

*Attorneys for Appellant Benjamin Bauer*

# CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2023, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Dated: April 13, 2023

KRISTYN ANDERSON
City Attorney
By */s Kristin R. Sarff*
KRISTIN R. SARFF (0388003)
SHARDA ENSLIN (0389370)
HEATHER ROBERTSON (0390470)
Assistant City Attorneys
Minneapolis City Attorney's Office
350 South Fifth Street, Room 210
Minneapolis, MN 55415
(612) 673-3919
kristin.sarff@minneapolismn.gov
sharda.enslin@minneapolismn.gov
heather.robertson@minneapolismn.gov

*Attorneys for Appellant Benjamin Bauer*